# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Friendship Edison Public Public Charter School Woodridge Campus
Plaintiff(s)

Case Number: 1:05CV02054 RMC

vs

William Marrow, Edwina Sumpter and the District of Columbia
Defendant(s)

**RECEIVED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on November 8, 2005 at 7:06 PM, I executed service of process upon **WILLIAM MARROW** at 1011 14th St SE #11, Washington, DC 20003 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

William Marrow is described as a Black Male, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 41 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $10.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 10, 2005.

Date November 10, 2005.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 10, 2005.

_____

My Commission Expires: Roeanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006