IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Friendship Edison Public Public Charter School Woodridge Campus
Plaintiff(s)

Case Number: 1:05CV02054 RMC

vs

William Marrow, Edwina Sumpter and the District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on November 8, 2005 at 7:05 PM, I executed service of process upon **EDWINA SUMPTER** at 1011 14th St SE #11, Washington, DC 20003 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Edwina Sumpter is described as a Black Female, approximately 5' 4" tall, 225-250 pounds, Brown eyes, Black hair, and 42 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 10, 2005.

Date November 10, 2005.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 10, 2005.

_____
Rosanna Settles

My Commission Expires:    Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006

RECEIVED

NOV 15 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT