IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Friendship Edison Public Public Charter School Woodridge Campus
Plaintiff(s)

Case Number: 1:05CV02054

vs

William Marrow, Edwina Sumpter and the District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on November 4, 2005 at 10:58 AM, I executed service of process upon **TABATHA BRAXTON, SECRETARY, AUTHORIZED TO ACCEPT SERVICE OF ANTHONY A. WILLIAMS, MAYOR FOR THE DISTRICT OF COLUMBIA** at Executive Office of the Mayor, John A. Wilson Bldg. 1350 Pennsylvania Ave NW, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Tabatha Braxton is described as a Black Female, approximately 5' 5" tall, 120-130 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am over the age of 18 years; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 4, 2005.

Date November 4, 2005.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 4, 2005.

_____

My Commission Expires:
Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

Ref.# 66598

**RECEIVED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT