## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL WOODRIDGE CAMPUS : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> WILLIAM MARROW AND EDWINA SUMPTER, as next friend of the minor child, A.M. and A.M., individually : <br> : <br> AND : <br> : <br> THE GOVERNMENT OF THE DISTRICT OF COLUMBIA : <br> : <br> Defendants : <br> _____ : | : <br> **CIVIL ACTION NO. 05-2054 (RMC)** |

Upon consideration of Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, and Plaintiff's Opposition to Defendant's Motion, it is

ORDERED: that Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, is DENIED.

_____
United States District Judge