# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC ) <br> CHARTER SCHOOL ) <br> WOODRIDGE CAMPUS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM MARROW, et. al., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 05-2054 (RMC) |

## **PRAECIPE**

The Court's attention is invited to the attached Memorandum Opinion issued March 15, 2006, in <u>IDEA Public Charter School</u> v. Crystal Belton, *et al.*, Civ. No. 05-467 (D.D.C.). That decision deals with the same issues concerning the Individuals with Disabilities Education Act that are presented in the pending Defendants' motion to dismiss the complaint herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

|  |  |
|---|---|
|  | /s/ Carol E. Burroughs |
|  | CAROL E. BURROUGHS [415432] |
|  | Assistant Attorney General for the |
|  | District of Columbia |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6520 |
|  | (202)727-3625 (fax) |
| March 16, 2006 | carol.burroughs@dc.gov |