## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC | ) | |
| CHARTER SCHOOL | ) | |
| WOODRIDGE CAMPUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2054 (RMC) |
| | ) | |
| WILLIAM MARROW, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Court's attention is invited to the attached Memorandum Opinion issued

March 27, 2006, in Hyde Leadership Public Charter School v. Wanda Clark, *et al*., Civ.

No. 05-722 (D.D.C.).  That decision deals with the same issues concerning the

Individuals with Disabilities Education Act that are presented in the pending Defendants'

motion to dismiss the complaint herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

/s/ Carol E. Burroughs
CAROL E. BURROUGHS [415432]
Assistant Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6520
(202)727-3625 (fax)

March 16, 2006                                carol.burroughs@dc.gov