UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL WOODRIDGE CAMPUS,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**WILLIAM MORROW and EDWINA SUMPTER, as next friend of minor child A.M., et al.,** )<br><br>Defendants. ) | Civil Action No. 05-2054 (RMC) |

## ORDER

The District of Columbia, named as a defendant in this lawsuit under the Individuals with Disabilities Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, is sued by Friendship Edison Public Charter School ("Edison"), which has elected to be its own local education agency ("LEA"). Compl. ¶ 2. Edison also names William Marrow and Edwina Sumpter, as next friends of the minor child A.M., and A.M., individually, as defendants. The District of Columbia moves to dismiss the complaint against D.C. because Edison is an LEA and can appeal an administrative decision by a Hearing Officer without suing the District of Columbia, inasmuch as D.C. had no role in the administrative decision and is not a necessary party to obtain relief.

The issue presented by the motion is identical to the issue decided in *IDEA Public Charter School v. Crystal Belton, et al.*, No. 05-467, 2006 WL 667072 (D.D.C. March 15, 2006), and *Hyde Leadership Public Charter School v. Clark, et al.*, No. 05-722, 2006 WL 845807 (D.D.C.

March 27, 2006), both of which recognized that an appeal from an IDEA Hearing Officer Decision concerning an LEA does not require the joinder of the District of Columbia.

For the reasons stated in *IDEA v. Belton* and *Hyde v. Clark*, it is hereby ORDERED that the District of Columbia's motion to dismiss is **GRANTED**.

**SO ORDERED**.

Date: April 28, 2006                              /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge