UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CIVIL ACTION NO. 05-2054 (RMC) |
| : | |
| **WILLIAM MARROW AND EDWINA SUMPTER, as next friend of the minor child,** : | |
| **A.M.** : | |
| **and** | |
| **A.M., individually** : | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 16th day of January 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendants

William Marrow, Edwina Sumpter and A.M., were served with process on November 8, 2005. The Return of Service/Affidavits were filed with this Court. The Government of the District of Columbia was also served and was dismissed from this case. Defendants' William Marrow, Edwina Sumpter and A.M. never filed an answer to the complaint.

I further certify under penalty of perjury that no appearance has been entered by said defendants, no pleading has been filed and none served upon the attorney for the plaintiff; no timely request for an extension of time has been filed with this Court and the time for filing has expired; that the defendants are neither an infant nor an incompetent person. (Defendants mother, father and their minor child have been competently represented by counsel).

The Clerk is requested to enter a Default against said defendants.

       Respectfully submitted
          **//S//**
      _____

Paul S. Dalton, Esq.
Attorney for Plaintiff
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)