## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL         Plaintiff         v.  WILLIAM MARROW AND EDWINA SUMPTER, as next friend of the minor child, A.M. and A.M., individually | :  :  :  :  :  :  :  :  CIVIL ACTION NO. 05-2054 (RMC)  :  :  :  :  :  :  : |

### DEFAULT

It appearing that the above-named defendants, William Marrow, Edwina Sumpter and A.M., have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 8th day of November 2005, and proof of service filed with this Court, it is this _____ day of _____, 2007 declared that because the defendants have not filed an answer or any other pleading in this case and has not timely requested an extension of time, the defendants, William Marrow, Edwina Sumpter and A.M., herein are in default.

Nancy M. Mayer-Whittington, Clerk

By _____
         Deputy Clerk