**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC** | : |
| **CHARTER SCHOOL** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : **CIVIL ACTION NO. 05-2054 (RMC)** |
| | : |
| **WILLIAM MARROW AND EDWINA** | : |
| **SUMPTER, as next friend of the minor child,** | : |
| **A.M.** | : |
| **and** | : |
| **A.M., individually** | : |

### Military Affidavit
**(Certificate in Compliance With Soldiers and Sailors**
**Civil Relief Act of 1940, As Amended in 19452 & 1960**
**Title 50, Appendix, Section 520, United States Code)**

I hereby certify under penalty of perjury, this 16th day of January, 2007, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendment of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made as to ascertain whether or not the above-named defendants are in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendants are not in the military service of the United States or its Allies, that is to say said defendants are not members of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and are not officers of the Public Health Service detailed by proper authority for duty either with the Navy or Army, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction into military services; and the defendants are not serving with the forces if any nation with which the United States is allied in the prosecution of any war, nor have said defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the defendants members of the Enlisted Reserve Corps ordered to report for military service, but are a mother and father of a minor student and a minor student.

_____/s/_____
Paul S. Dalton, Esq.
Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703)-739-4300
(703)-739-2323