Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRIENDSHIP EDISON PUBLIC CHARTER
SCHOOL WOODRIDGE CAMPUS

    Plaintiff(s)

v.

Civil Action No. 05-2054 (RMC)

WILLIAM MARROW as next friend of the minor
child A.M., et al.

    Defendant(s)

RE: WILLIAM MARROW as next friend of the minor child A.M.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 11/8/2005, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk