UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CIVIL ACTION NO. 05-2054 (RMC) |
| : | |
| **WILLIAM MARROW AND EDWINA SUMPTER, as next friend of the minor child,** : | |
| **A.M.** : | |
| **and** : | |
| **A.M., individually** : | |

## ORDER

The parties having come before the Court on a Motion for Default Judgment and the Court finding that the Defendants failed to respond or otherwise defend themselves against the complain and therefore there are no material issues of fact preventing the issuance of the Default Judgment in favor of the plaintiff, this _____ day of

_____, 2007, does Hereby:

ORDER the Reversal of the September 19, 2005, Hearing Officer's Decision and therefore find that the Friendship Edison PCS did not deny the defendants a free appropriate public education; and

.

_____
Rosemary M. Collyer
United States District Court Judge