UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL WOODRIDGE CAMPUS,<br><br>      Plaintiff,<br><br>    v.<br><br>WILLIAM MORROW and EDWINA SUMPTER, as next friend of minor child A.M., et al.,<br><br>      Defendants. | Civil Action No. 05-2054 (RMC) |

**ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

On October 19, 2005, Plaintiff Friendship Edison Public Charter School filed a complaint against The District of Columbia under the Individuals with Disabilities in Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.* Edison also named as defendants William Morrow and Edwina Sumpter as next friends to A.M., a minor child, as well as A.M. himself. On April 28, 2006, this Court granted the District of Columbia's motion to dismiss and dismissed all claims against the District. As a result, only Mr. Morrow, Ms. Sumpter, and A.M. remain in the case as Defendants. Mr. Morrow and Ms. Sumpter were served with the Complaint on November 15, 2005. Neither Mr. Morrow nor Ms. Sumpter have filed an answer or entered an appearance in this matter.

On January 16, 2007, Plaintiff filed an Application for Default against Mr. Morrow and Ms. Sumpter. On the same date, the Clerk of Court entered default against those Defendants. On January 19, 2007, Plaintiff filed a motion for default judgment.

Accordingly, it is hereby

**ORDERED** that on or before February 19, 2007, Defendants William Morrow and Edwina Sumpter shall **SHOW CAUSE** why the Court should not grant Plaintiff's motion for default judgment and enter judgment against them.

**SO ORDERED**.

Date:   January 25, 2007                                           /s/
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge