UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL WOODRIDGE CAMPUS,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM MORROW and EDWINA SUMPTER, as next friend of minor child A.M., et al.,**<br><br>Defendants. | Civil Action No. 05-2054 (RMC) |

### ORDER OF JUDGMENT BY DEFAULT

Before the Court is Plaintiff's Motion for Entry of Default Judgment. On January 25, 2007, the Court issued an Order to Show Cause ordering Defendants William Morrow and Edwina Sumpter to show cause, no later than February 19, 2007, why Plaintiff's Motion should not be granted. Whereas, Defendants having failed to respond to the Order to Show Cause, it is hereby

**ORDERED** that the Court's January 25, 2007 Order to Show Cause is **DISCHARGED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment [Dkt. No. 16] is **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 55(b)(2), **JUDGMENT BY DEFAULT** is entered in favor of Plaintiff and against Defendants William Morrow and Edwina Sumpter as follows:

The Hearing Officer's Decision of September 19, 2005 is **REVERSED**, and this Court declares that Plaintiff Friendship Edison Public Charter School did not deny Defendant A.M. a free appropriate public education.

**SO ORDERED**.

Date: March 27, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge